UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN T. PERRIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY JAIL,<br><br>　　　　Defendants. | 2:15-cv-00314-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　　By Report and Recommendation filed January 25, 2016, Magistrate Judge Rodgers recommended that Plaintiff's complaint be dismissed without prejudice pursuant to his motion to voluntarily dismiss under Fed. R. Civ. P. 41(a). ECF No. 11. Defendants have not been served.  No party has filed any objections. Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

//
//
//
//

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE --** 1

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 11, is **ADOPTED in its entirety.**

2. Plaintiff's Motion, ECF No. 10, is **GRANTED.**

3. The Complaint, ECF No. 7, is **DISMISSED without prejudice.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this 18th day of February, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2**